# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI WEISS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP,<br><br>Defendants. | Case No. 3:23-cv-03490-RS<br><br>**ORDER RE: EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND STAY OF PROCEEDINGS** |

Pursuant to the parties' stipulation,

1. Plaintiff's Second Amended Complaint shall be timely filed, if filed by January 18, 2024;

2. Aside from Plaintiff's filing of a Second Amended Complaint on or before January 18, 2024, this matter shall be stayed until the Further Case Management Conference set for March 7, 2024 at 10:00 a.m.

SO ORDERED:

Dated:  December 20, 2023          By: _____
                                      Hon. Richard Seeborg
                                      United States District Judge

1

**WEISS v. THE PERMANENTE MEDICAL GROUP          FIRST AMENDED COMPLAINT**