United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIMI WEISS,
Plaintiff,
v.
THE PERMANENTE MEDICAL GROUP, INC.,
Defendant.

Case No. 23-cv-03490-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on October 22, 2026. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. AMENDING THE PLEADINGS.

The deadline to answer the complaint or to amend the pleadings without seeking leave from the Court shall be November 20, 2026. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2. DISCOVERY.

On or before July 29, 2027, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

United States District Court
Northern District of California

a. On or before August 27, 2027, parties will provide initial expert disclosures and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before September 24, 2027, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before October 15, 2027, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. DISCOVERY DISPUTES.

To the extent that a dispute arises regarding discovery, the issue will be referred to a Magistrate Judge. To initiate a referral, the Parties should file a notice of need for discovery referral. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation in the next 180 days.

6. FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **August 12, 2027, at 10:00 AM.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

7. PRETRIAL MOTIONS.

All pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than **November 4, 2027**. The Court encourages the participation at oral argument of lawyers who are early in their professional career (*e.g.*, 0-10 years of experience).

8. PRETRIAL STATEMENTS.

At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before **December 22, 2027,** counsel shall file a Joint Pretrial Statement.

9. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 5, 2028, at 10:00 a.m.**, in Courtroom 12, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

10. TRIAL DATE.

A trial shall commence on **January 19, 2028, at 8:30 AM** in Courtroom 12, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: October 23, 2026



RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California